318

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CURBIE McCLAINE *et al.,* Defendants-Appellants.

(No. 55836;

First District—January 3, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Ronald P. Katz, Assistant Public Defender, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle, Assistant State's Attorney, of counsel,) for the People.